UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

       Plaintiff,

vs.                                                                    ORDER

Cedric Brooks,

       Defendant.                                 Civ. No. 05-2285 (JNE/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the Petition to Determine Present Medical Condition of an Imprisoned Person under Title 18 U.S.C. §4245 [Docket No. 1] is granted.

2. That the Respondent is committed to the custody of the United States Attorney General, who shall hospitalize him for treatment and care at FMC-Rochester until he is no longer in need of such custody for care or treatment, or until the expiration of the sentence of imprisonment, whichever occurs earlier.

                                                      BY THE COURT:

DATED: December 7, 2005                          s/ Joan N. Ericksen
                                                      Judge Joan N. Ericksen
                                                      United States District Court